ACCEPTED
12-14-00355-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/4/2015 4:21:07 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00355-CR

| DONALD ERNEST POWELL | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/4/2015 4:21:07 PM
CATHY S. LUSK
Clerk

MOTION TO
EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law No. 2 of Smith County, Texas.

2. The case below was styled State of Texas v. Donald Ernest Powell and numbered 002-81591-14.

3. Appellant was convicted of Assault Causes Bodily Injury to Family Member.

4. Appellant was assessed a sentence of sixty (60) days confinement in the Smith County Jail, Tyler, Texas.

5. Notice of Appeal was given on December 3, 2014.

6. The Clerk's Record was filed on January 21, 2015; the Reporter's Record was filed on March 4, 2015.

7. The Appellant's Brief is due on May 4, 2015. Counsel requests the Court an extension of thirty (30) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances.

Since the Reporter's Record in this case was completed, Counsel has filed:

A. Proposed Findings of Fact and Conclusions of Law for Writ of Habeas Corpus in State of Texas v. Daphne Ausborne on March 13, 2015; and

B. Appellant's Brief in <u>Torvos Simpson v. USA</u> on March 25, 2015 in the 5th Circuit Court of Appeals.

C. Appellant's Brief in <u>Fredrick Perkins v. State of Texas,</u> cause no. 12-14-00290-CR on April 3, 2015 with no further extensions;

D. Appellant's Brief in <u>Jolly Neely v. State of Texas,</u> cause no. 12-14-00309-CR on April 10, 2015 with no further extensions;

E. Appellant's Brief in <u>Robert Bagwell v. State of Texas,</u> cause no. 12-14-00248-CR on April 10, 2015 with no further extensions;

F. Petition for Discretionary Review in <u>Joseph Sullivan v. State of Texas</u>, cause no. PD-00270-15 on April 13, 2015 with no further extensions; and

G. A response to a writ of habeas corpus in 114-0515-12-A <u>Ex parte Danny Porter</u> on April 29, 2015.

9. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties. Counsel attended the capital murder seminar in Plano, Texas on March 23, 2015 through March 26, 2015. Additionally, Counsel served as a sponsor/chaperone for the All Saints Choir when they performed at Carnegie Hall in New York on April 2, 2015 through April 6, 2015. Lastly, Counsel attended a CLE planning meeting with the State Bar of Texas for this year's Advanced Criminal Law Seminar on April 16, 2015 through April 17, 2015 in Austin, Texas.

10. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in <u>Larry Maples v. State of Texas,</u> cause no. 12-14-00337-CR on May 1, 2015;

B. Appellant's Brief in <u>Donald Powell v. State of Texas,</u> cause no. 12-14-00355-CR on May 4, 2015;

C. Appellant's Brief in <u>Jason Claire Reese v. State of Texas</u>, cause

no. 12-14-00363-CR on May 5, 2015;

D.  Appellant's Brief in <u>Christopher Thurman v. State of Texas,</u> cause no. 12-15-00007-CR on May 9, 2015;

E.  Appellant's Brief in <u>Joe Pittman v. State of Texas,</u> cause no. 12-15-00009-CR May 18, 2015;

F.  Appellant's Brief in <u>Sydney Lynch v. State of Texas,</u> cause no. 12-15-00088-CR on May 20, 2015;

G.  Appellant's Brief in <u>Oscar Perkins v. State of Texas,</u> cause no. 12-15-00001-CR on June 8, 2015;

H.  Appellant's Brief in <u>Harold Bass v. State of Texas,</u> cause no. 12-15-00071-CR upon the completion of the Reporter's Record;

I  Appellant's Brief in <u>Arron McLarey v. State of Texas,</u> cause no. 12-15-00084-CR upon the completion of the Reporter's Record;

J.  Appellant's Brief in <u>Christopher McLemore v. State of Texas,</u> cause no. 12-15-00091-CR upon the completion of the Reporter's Record;

K.  Appellant's Brief in <u>Charlie Motes v. State of Texas,</u> cause no. 12-15-00111-CR upon the completion of the Reporter's Record; and

L.  Appellant's Brief in <u>Roger Whitener v. State of Texas,</u> caue no. 12-15-00006-CR when reset by the Court.

11. Appellant requests an extension of time due to the above referenced facts and circumstances.

12. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on May 5, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.


/S/ James W. Huggler, Jr.
James W. Huggler, Jr.